# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: ANDERSON, MICHELLE M                § Case No. 12-82706
                                           §
                                           §
                                           §
Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MEGAN G. HEEG                          , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Court
   Stanley J. Rozkowski U.S. Courthouse
   327 S. Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30 on 12/28/2015 in Courtroom 3100, United States Courthouse,
327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 11/16/2015          By: /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: ANDERSON, MICHELLE M     § Case No. 12-82706
                                §
                                §
                                §
Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 225,000.00 |
| *and approved disbursements of* | $ 147,687.79 |
| *leaving a balance on hand of* [1] | $ 77,312.21 |

**Balance on hand:**          $     77,312.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                        $   77,312.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 13,013.86 | 0.00 | 13,013.86 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,700.00 | 0.00 | 1,700.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 154.20 | 0.00 | 154.20 |

Total to be paid for chapter 7 administration expenses:   $   14,868.06
Remaining balance:                                        $   62,444.15

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $     0.00
Remaining balance:  $     62,444.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Alfreda Jacob | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     62,444.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,737.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rush Copley Medical Center, Inc. | 15,469.29 | 0.00 | 15,469.29 |
| 2 | DeKalb Clinic Chartered | 0.00 | 0.00 | 0.00 |
| 3 | Rrca Acct Mgmt | 1,069.23 | 0.00 | 1,069.23 |
| 4U | Alfreda Jacob | 28,198.76 | 0.00 | 28,198.76 |

Total to be paid for timely general unsecured claims:  $     44,737.28
Remaining balance:  $     17,706.87

UST Form 101-7-NFR (10/1/2010)

Case 12-82706    Doc 39    Filed 11/23/15    Entered 11/25/15 23:40:00    Desc Imaged
Certificate of Notice    Page 5 of 8

Tardily filed claims of general (unsecured) creditors totaling $ 2,667.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Illinois Department of Human Services | 2,667.70 | 0.00 | 2,667.70 |

        Total to be paid for tardy general unsecured claims:  $    2,667.70
        Remaining balance:  $    15,039.17

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

        Total to be paid for subordinated claims:  $    0.00
        Remaining balance:  $    15,039.17

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $316.38. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $14,722.79.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-82706-TML
Michelle M Anderson                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave        Page 1 of 2        Date Rcvd: Nov 23, 2015
                            Form ID: pdf006        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2015.
```
db            Michelle M Anderson,   23109 Annie Glidden Road,   DeKalb, IL  60115
19153436      A R C Dekalb LLC,   520 East 22nd Street,   Lombard, IL 60148-6110
19153440     +APLM Ltd,   1050 West Kinzie Stret,   Chicago, IL 60642-6537
19153439     +Alfreda Jacob,   0S010 Catlin Square,   Geneva, IL 60134-4435
19153441     +Atg Credit Llc,   1043 W. Grandville,   Chicago, IL 60660-2152
19153442     +Aurora Radiology Consultants,   520 East 22nd Street,   Lombard, IL 60148-6110
19153443     +Cda/Pontiac,   415 E Main Pob 213,   Streator, IL 61364-0213
19153444     +Credit Rcvry,   716 Columbus St Pob 916,   Ottawa, IL 61350-0916
19153445     +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
19495583     +DeKalb Clinic Chartered,   Attn Patient Accounts,   1850 Gateway Drive,
               Sycamore, Il 60178-3192
19153446     +Dekalb Clinic,   1850 Gateway Dr.,   Sycamore, IL 60178-3192
19153447      Dreyer Medical Clinic,   P.O. Box 2091,   Aurora, IL 60507-2091
19153448     +Dreyer, Foote, Streit, Furgason & S,   1999 West Downer Place,   Aurora, IL 60506-4777
19153449      Edward Health Ventures,   1 East County Line Road,   Sandwich, IL 60548-2178
19153451    ++HORIZON FINANCIAL MANAGEMENT LLC,   9980 GEORGIA ST,   CROWN POINT IN 46307-6520
             (address filed with court:  Horizon Fin,    8585 South Broadway Ste.880,
               Merrillville, IN 46410-5661)
19153453      Illinois Department Human Services,   Cash Management Unit,   P.O. Box 19407,
               Springfield, IL 62794-9407
23734037     +Illinois Department of Human Services,   IL Attorney General,
               160 N. LaSalle St., Suite N-1000,   Chicago, IL 60601-3118
19153454      Kishwaukee Community Hospital,   2826 Momentum Place,   Chicago, IL 60689-5328
19153455     +Line barger Goggan Blair & Sampson,   PO Box 06268,   Chicago, IL 60606-0268
19153456     +Mbb,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
19153457     +Medical Recovery Specialist,   2350 East Devon Ste.225,   Des Plaines, IL 60018-4602
19153459      Provena Mercy Medical Center,   75 Remiittance Srive Suite 1871,   Chicago, IL 60675-1871
19153460     #Reddy Medical Associates,   P.O. Box 2184,   Indianapolis, IN 46206-2184
19153462     +Rockford Mercantile,   2502 S Alpine Rd,   Rockford, IL 61108-7813
19153463     +Rrca Acct Mgmt,   201 E 3rd St,   Sterling, IL 61081-3611
19345226     +Rush Copley Medical Center, Inc.,   c/o Dreyer, Foote, Streit, Furgason & Sl,
               1999 West Downer Place,   Aurora, IL 60506-4776
19153464      Rush-Copley Medical Center,   P.O. Box 352,   Aurora, IL 60507-0352
19153465     +State Collection Servi,   2509 S Stoughton Rd,   Madison, WI 53716-3314
19153466     +State Colls,   2509 S. Stoughton Rd.,   Madison, WI 53716-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19153438     +E-mail/Text: abcrecoveryinc@aol.com Nov 24 2015 01:45:12    Abc Credit & Recovery,
               4736 Main St Ste 4,   Lisle, IL 60532-1986
19153458     +Fax: 773-272-0602 Nov 24 2015 02:26:19    Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19153461      Richard Lynch
19153437*    +A.R.C. Dekalb,   520 East 22nd Street,   Lombard, IL 60148-6110
19153452*   ++HORIZON FINANCIAL MANAGEMENT LLC,   9980 GEORGIA ST,   CROWN POINT IN 46307-6520
             (address filed with court:  Horizon Financial Management,    8585 South Broadway Suite 880,
               Merrillville, IN 46410-5661)
19153450    ##+Guardian Anesthesia Associates,   185 Penny Avenue,   East Dundee, IL 60118-1455
19153467    ##University Pathologists,   5620 Southwyck Boulevard,   Toledo, OH 43614-1501
                                                                                 TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Nov 23, 2015
                              Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2015 at the address(es) listed below:
              Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,   IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott W. Sheen    on behalf of Debtor Michelle M Anderson dackerley@sheenlaw.com
                                                                                             TOTAL: 4
```