# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: ANDERSON, MICHELLE M            § Case No. 12-82706
                                       §
                                       §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,769.00                    Assets Exempt: $6,769.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $107,021.36    Claims Discharged
                                                Without Payment: $105,147.00

Total Expenses of Administration: $88,255.85

---

3) Total gross receipts of $ 225,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 29,722.79 (see **Exhibit 2**), yielded net receipts of $195,277.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $59,300.00 | $59,300.00 | $59,300.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 88,255.85 | 88,255.85 | 88,255.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,000.00 | 2,600.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 156,777.00 | 90,534.10 | 47,721.36 | 47,721.36 |
| **TOTAL DISBURSEMENTS** | $171,777.00 | $240,689.95 | $195,277.21 | $195,277.21 |

4) This case was originally filed under Chapter 7 on July 16, 2012. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2016          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto accident 10/21/11 claim Mary W Hull 2944 Gr | 1142-000 | 225,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$225,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michelle Anderson | personal injury exemption | 8100-002 | 15,000.00 |
| ANDERSON, MICHELLE M | Dividend paid 100.00% on $14,722.79; Claim# SURPLUS; Filed: $14,722.79; Reference: | 8200-002 | 14,722.79 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,722.79** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Mutual Automobile Insurance Company | 4220-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| | State Farm Mutual Automobile Insurance Company | 4220-000 | N/A | 40,000.00 | 40,000.00 | 40,000.00 |
| | State Farm Mutual Automobile Insurance Company | 4220-000 | N/A | 16,800.00 | 16,800.00 | 16,800.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$59,300.00** | **$59,300.00** | **$59,300.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 13,013.86 | 13,013.86 | 13,013.86 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 154.20 | 154.20 | 154.20 |
| State Farm Mutual Automobile Insurance Company | 3220-000 | N/A | 5,887.79 | 5,887.79 | 5,887.79 |
| State Farm Mutual Automobile Insurance Company | 3210-000 | N/A | 67,500.00 | 67,500.00 | 67,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $88,255.85 | $88,255.85 | $88,255.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Alfreda Jacob | 5200-000 | 15,000.00 | 2,600.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,000.00 | $2,600.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rush Copley Medical Center, Inc. | 7100-000 | 13,252.00 | 15,469.29 | 15,469.29 | 15,469.29 |
| 1I | Rush Copley Medical Center, Inc. | 7990-000 | N/A | 103.24 | 103.24 | 103.24 |
| 2 | DeKalb Clinic Chartered | 7100-000 | 33,575.00 | 33,611.50 | 0.00 | 0.00 |
| 3 | Rrca Acct Mgmt | 7100-000 | 1,069.00 | 1,069.23 | 1,069.23 | 1,069.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Rrca Acct Mgmt | 7990-000 | N/A | 7.14 | 7.14 | 7.14 |
| 4U | Alfreda Jacob | 7100-000 | N/A | 37,400.00 | 28,198.76 | 28,198.76 |
| 5 | Illinois Department of Human Services | 7200-000 | 3,734.00 | 2,667.70 | 2,667.70 | 2,667.70 |
| 5I | Illinois Department of Human Services | 7990-000 | N/A | 17.80 | 17.80 | 17.80 |
| 4UI | Alfreda Jacob | 7990-000 | N/A | 188.20 | 188.20 | 188.20 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 2,788.00 | N/A | N/A | 0.00 |
| NOTFILED | Mbb | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 1,583.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 43,891.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialist | 7100-000 | 576.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Financial Management | 7100-000 | 13,277.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 6,373.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 23,700.00 | N/A | N/A | 0.00 |
| NOTFILED | State Colls | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Fin | 7100-000 | 3,611.00 | N/A | N/A | 0.00 |
| NOTFILED | University Pathologists | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 466.00 | N/A | N/A | 0.00 |
| NOTFILED | Reddy Medical Associates | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Health Ventures | 7100-000 | 558.00 | N/A | N/A | 0.00 |
| NOTFILED | A.R.C. Dekalb | 7100-000 | 576.00 | N/A | N/A | 0.00 |
| NOTFILED | Abc Credit & Recovery | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | A R C Dekalb LLC | 7100-000 | 1,222.00 | N/A | N/A | 0.00 |
| NOTFILED | Atg Credit Llc | 7100-000 | 232.00 | N/A | N/A | 0.00 |
| NOTFILED | Dreyer Medical Clinic | 7100-000 | 1,960.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Rcvry | 7100-000 | 424.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount & A | 7100-000 | 1,928.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Radiology Consultants | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Cda/Pontiac | 7100-000 | 272.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $156,777.00 | $90,534.10 | $47,721.36 | $47,721.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-82706  
**Case Name:** ANDERSON, MICHELLE M  

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 08/13/12  

**Period Ending:** 02/09/16  

**Claims Bar Date:** 11/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Cash on person<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 69.00 | 0.00 | | 0.00 | FA |
| 2   Checking & savings account 978248276 JPMorgan Ch<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 200.00 | 0.00 | | 0.00 | FA |
| 3   Miscellaneous household furniture<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   Personal clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 600.00 | 0.00 | | 0.00 | FA |
| 5   Bracelet, necklace and ring<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 900.00 | 0.00 | | 0.00 | FA |
| 6   Auto accident 10/21/11 claim Mary W Hull 2944 Gr<br>    Orig. Asset Memo: Personal Injury Cause of Action - Anderson v. Hull, 12 L 52, DeKalb County, Illinois; Imported from Amended Doc#: 28 | Unknown | 77,312.21 | | 225,000.00 | FA |
| 7   2008 Kia Spectra  (u)<br>    Orig. Asset Memo: Per claim 4 and motor vehicle title search Debtor (Michelle Diffenderfer) jointly own a 2008 Kia Spectra KNAFE121085523683.   First listed on Amended Schedule  B filed 4/9/13; | 4,000.00 | 0.00 | | 0.00 | FA |
| 7   Assets   **Totals** (Excluding unknown values) | **$6,769.00** | **$77,312.21** | | **$225,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013      **Current Projected Date Of Final Report (TFR):**   November 16, 2015  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-82706 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | ANDERSON, MICHELLE M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***1534 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/09/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/04/15 | | State Farm Mutual Automobile Insurance Company | Settlement of PI cause of action pending in DeKalb County, IL pursuatn to Court Order of September 23, 2015 | | 92,312.21 | | 92,312.21 |
| | {6} | | 225,000.00 | 1142-000 | | | 92,312.21 |
| | | | special counsel costs    -5,887.79 | 3220-000 | | | 92,312.21 |
| | | | Special counsel fees    -67,500.00 | 3210-000 | | | 92,312.21 |
| | | | State Farm lien    -2,500.00 | 4220-000 | | | 92,312.21 |
| | | | Kishwaukee Community Hospital lien    -40,000.00 | 4220-000 | | | 92,312.21 |
| | | | DeKalb Clinic lien    -16,800.00 | 4220-000 | | | 92,312.21 |
| 11/06/15 | 101 | Michelle Anderson | personal injury exemption | 8100-002 | | 15,000.00 | 77,312.21 |
| 12/28/15 | 102 | MEGAN G. HEEG | Dividend paid 100.00% on $13,013.86, Trustee Compensation; Reference: | 2100-000 | | 13,013.86 | 64,298.35 |
| 12/28/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,700.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,700.00 | 62,598.35 |
| 12/28/15 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $154.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 154.20 | 62,444.15 |
| 12/28/15 | 105 | Rush Copley Medical Center, Inc. | Dividend paid 100.00% on $15,469.29; Claim# 1; Filed: $15,469.29; Reference: 09LM113 | 7100-000 | | 15,469.29 | 46,974.86 |
| 12/28/15 | 106 | Rrca Acct Mgmt | Dividend paid 100.00% on $1,069.23; Claim# 3; Filed: $1,069.23; Reference: D749828N1 | 7100-000 | | 1,069.23 | 45,905.63 |
| 12/28/15 | 107 | Alfreda Jacob | Dividend paid 100.00% on $28,198.76; Claim# 4U; Filed: $37,400.00; Reference: | 7100-000 | | 28,198.76 | 17,706.87 |
| 12/28/15 | 108 | Illinois Department of Human Services | Dividend paid 100.00% on $2,667.70; Claim# 5; Filed: $2,667.70; Reference: 308743929 | 7200-000 | | 2,667.70 | 15,039.17 |
| 12/28/15 | 109 | Rush Copley Medical Center, Inc. | Dividend paid 100.00% on $103.24; Claim# 1I; Filed: $103.24; Reference: 09LM113 | 7990-000 | | 103.24 | 14,935.93 |
| 12/28/15 | 110 | Rrca Acct Mgmt | Dividend paid 100.00% on $7.14; Claim# 3I; Filed: $7.14; Reference: D749828N1 | 7990-000 | | 7.14 | 14,928.79 |
| 12/28/15 | 111 | Illinois Department of Human Services | Dividend paid 100.00% on $17.80; Claim# 5I; Filed: $17.80; Reference: 308743929 | 7990-000 | | 17.80 | 14,910.99 |
| 12/28/15 | 112 | Alfreda Jacob | Dividend paid 100.00% on $188.20; Claim# 4UI; Filed: $188.20; Reference: | 7990-000 | | 188.20 | 14,722.79 |
| 12/28/15 | 113 | ANDERSON, MICHELLE M | Dividend paid 100.00% on $14,722.79; Claim# SURPLUS; Filed: $14,722.79; Reference: | 8200-002 | | 14,722.79 | 0.00 |

Subtotals :     $92,312.21     $92,312.21

{} Asset reference(s)     Printed: 02/09/2016 11:39 AM     V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-82706 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, MICHELLE M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***1534 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/09/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 92,312.21 | 92,312.21 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 92,312.21 | 92,312.21 | |
| | | | Less: Payments to Debtors | | | 29,722.79 | |
| | | | **NET Receipts / Disbursements** | | **$92,312.21** | **$62,589.42** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******5866** | | 92,312.21 | 62,589.42 | 0.00 |
| | | **$92,312.21** | **$62,589.42** | **$0.00** |

{} Asset reference(s)

Printed: 02/09/2016 11:39 AM    V.13.25